JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SALGADO, | ) CASE NO. 16-cv-1808 CAS-SS |
| | ) [*Assigned to the Hon. Christina A. Snyder,* |
| Plaintiff, | ) *Courtroom 5*] |
| vs. | ) |
| | ) [~~PROPOSED~~] **ORDER REGARDING THE** |
| SHERIFF LEROY BACA, | ) **STIPULATION OF THE PARTIES FOR** |
| UNDERSHERIFF PAUL TANAKA, | ) **DISMISSAL OF ENTIRE ACTION** |
| COUNTY OF LOS ANGELES, LOS | ) **[F.R.C.P. 41(A)]** |
| ANGELES COUNTY SHERIFF'S | ) |
| DEPARTMENT, DOES 1 through | ) |
| 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

    1.    The action is dismissed in its entirety with prejudice as against the County Defendants Pursuant to FRCP 41(a)(1)(A)(ii).

    2.    The action is dismissed in its entirety with prejudice in exchange for a waiver of costs and fees along with a waiver of any action by the County

---

1

**[PROPOSED] ORDER RE STIPULATION OF THE PARTIES FOR DISMISSAL OF ENTIRE ACTION [F.R.C.P. 41(A)]**

Defendants against Plaintiff for bad faith or malicious prosecution of the civil rights claims.

IT IS SO ORDERED.

Dated: January 12, 2017

*Christina A. Snyder*

Honorable Christina A. Snyder
United States District Judge
Central District of California